Frances Schwartz, appellant, v. Bernard W. Snow, bailiff of the municipal court of Chicago, appellee. Gen. No. 32,105.

Opinion filed April 3, 1928.

William Navigato and William Schulze, for appellant. Ratner & Ratner, for appellee; William E. Rafferty, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Jennie Horwitz, appellant, v. Cascade Laundry Company, appellee. Gen. No. 32,114.

Opinion filed April 3, 1928.

Alfred Roy Hulbert, for appellant. Joseph H. Hinshaw, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Blanche Woodward, appellee, v. American Mutual Indemnity Company, appellant. Gen. No. 32,123.

Opinion filed April 3, 1928.

John A. Bloomingston, for appellant. Harry W. Standidge, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Florence Bowman, appellee, v. Illinois Central Railroad Company, appellant. Gen. No. 32,144.

Opinion filed April 3, 1928.

Fred H. Montgomery, for appellant; W. S. Horton and Vernon W. Foster, of counsel. A. M. Burroughs and H. H. Patterson, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. Robert E. Crowe, State's attorney, defendant in error, v. Milton Denney and George W. Ray, plaintiffs in error, impleaded with Roy S. Pipes and Walter T. Larsen. Gen. No. 32,154.

Opinion filed April 3, 1928.